James D. HANDY, Petitioner,

v.

**DEPARTMENT OF THE ARMY, Respondent.**

**No. 01–3160.**

United States Court of Appeals, Federal Circuit.

Feb. 8, 2002.

Before MAYER, Chief Judge, CLEVENGER and GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Alfred L. VINSON, Jr., Petitioner,

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

**No. 01–3182.**

United States Court of Appeals, Federal Circuit.

Feb. 8, 2002.

Before MICHEL, LOURIE and DYK, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.